944 F.2d 828
 56 Fair Empl.Prac.Cas. (BNA) 1688
 Jerry DANIELS, Plaintiff-Appellant,
v.
WESTINGHOUSE ELECTRIC CORPORATION, Defendant-Appellee.
 No. 90-9106.
 United States Court of Appeals,
Eleventh Circuit
 .
Oct. 17, 1991.
 
 Robert C.D. McDonald, Norcross, Ga., for plaintiff-appellant.
 Steven T. Breaux and Paul T. Stagliano, Paul, Hastings, Janofsky & Walker, Atlanta, Ga., for defendant-appellee.
 Appeal from the United States District Court for the Northern District of Georgia; Orinda D. Evans, Judge.
 Before COX and DUBINA, Circuit Judges, and GODBOLD, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 In this summary judgment case we affirm on the order of the District Court. 772 F.Supp. 1278 (1990).
 
 
 2
 AFFIRMED.